

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00103-CV

**IN THE INTEREST OF A.-N.L.C.**, a Child

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01805
Honorable Antonia Arteaga, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's order terminating appellant's parental rights is AFFIRMED. Because appellant is indigent, no costs of this appeal are assessed.

SIGNED June 26, 2019.

Luz Elena D. Chapa, Justice